**TYSON & MENDES LLP**
GRIFFITH H. HAYES, ESQ.
Nevada Bar No. 7374
RICHARD G. VERLANDER, ESQ.
Nevada Bar No. 12887
Email(s): ghayes@tysonmendes.com
rverlander@tysonmendes.com
2835 St. Rose Pkwy., Suite 140
Henderson, NV 89052
Telephone: (702) 724-2648
Facsimile: (702) 410-7684
*Attorneys for Defendant DESERT-CJD, LLC*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| LAWANGEEN KHAN, individually;<br><br>Plaintiff,<br><br>vs.<br><br>DESERT-CJD, LLC,<br><br>Defendants. | Case No. 2:26-cv-02073-MMD-MDC<br><br>**STIPULATION AND PROPOSED ORDER TO EXTEND DISCOVERY DEADLINES**<br><br>**(FIRST REQUEST)** |

IT IS HEREBY STIPULATED AND AGREED, between the parties and their attorneys of record, that the current discovery deadlines to be extended as indicated on page 3, pursuant to Local Rule 26-1(b) and 26-4.

**I.**
**DISCOVERY COMPLETED TO DATE**

1. The parties have conducted the FRCP 26.1 Early Case Conference.
2. Defendant produced its Lists of Witnesses and Documents.
3. Plaintiff provided his Lists of Witnesses and Documents.
4. Plaintiff propounded his First Set of Interrogatories, Requests for Production of Documents, and Requests for Admissions to Defendants.

**II.**
**DISCOVERY THAT REMAINS TO BE COMPLETED**

1. Responses of Defendant to Plaintiff's First Set of Interrogatories, Requests for

Production of Documents, and Requests for Admissions.

2. Designation of Initial Experts.

3. Designation of Rebuttal Experts.

4. Deposition of other percipient witnesses.

5. Depositions of experts.

6. Additional written discovery (if necessary).

7. Any remaining discovery the parties deem relevant and necessary as discovery continues.

**III.**
**<u>WHY DISCOVERY CANNOT BE COMPLETED WITHIN THE TIME PROVIDED BY THE CURRENT SCHEDULING ORDER</u>**

**A. Good Cause**

LR 26-4 governs modifications or extension of the Discovery Plan and Scheduling Order. Any stipulation or motion to extend or modify that Discovery Plan and Scheduling Order must be made no later than twenty-one (21) days before the expiration of the subject deadline and must comply fully with LR 26-4. If the stipulation is made less than twenty-one (21) days before the expiration of a deadline, the parties must show a good cause exist. A request made after the expiration of the subject deadline will not be granted unless the movant also demonstrates that the failure to act was the result of excusable neglect.

A request to extend unexpired deadlines in the scheduling order must be premised on a showing of good cause. Fed. R. Civ. P. 16(b)(4); Local Rule 26-3. The good cause analysis turns on whether the subject deadlines cannot reasonably be met despite the exercise of diligence. *Johnson v. Mammoth Recreations, Inc.*, 975 F.2d 604, 609 (9th Cir. 1992).

Good cause exists for the requested extension. Defendants recently requested additional time to respond to Plaintiff's outstanding written discovery, and Plaintiff agreed to the requested extension. During the parties' discussions, Plaintiff noted that the current deadline to amend pleadings and add parties is October 6, 2026, and represented that information anticipated to be disclosed in Defendant’s forthcoming discovery responses may identify additional individuals or entities that Plaintiff may seek to name as parties to this action. To allow sufficient time for the

completion of discovery responses and for Plaintiff to review and evaluate the information produced, the parties have agreed to extend the deadline to amend pleadings and add parties by thirty (30) days. The parties further agree that the remaining discovery and related case management deadlines should be extended accordingly. The requested extension is sought in good faith, will promote the efficient resolution of this matter, and will not prejudice any party.

## IV.
## PROPOSED SCHEDULE FOR COMPLETING REMAINING DISCOVERY

| Discovery Deadline | Current Deadline | Proposed Deadline |
|---|---|---|
| Motion to Amend/Add Parties | October 6, 2026 | November 5, 2026 |
| Initial Expert Disclosures | November 5, 2026 | December 6, 2026 |
| All Rebuttal Expert Disclosures | December 7, 2026 | January 5, 2027 |
| Discovery Cut-Off Date | January 4, 2027 | February 3, 2027 |
| Dispositive Motions | February 3, 2027 | March 5, 2027 |
| Pretrial Order | March 5, 2027 | April 5, 2027 |

The parties represent this Stipulation is sought in good faith and with excusable neglect and not interposed for delay or any other improper purpose.

Dated this 14th day of September, 2026.

**TYSON & MENDES LLP**

/s/ Richard Verlander

GRIFFITH H. HAYES
Nevada Bar No. 7374
RICHARD VERLANDER
Nevada Bar No. 12887
2835 St. Rose Pkwy., Suite 140
Henderson, NV 89052
*Attorneys for Defendant*

Dated this 14th day of September, 2026.

**LAGOMARSINO LAW**

/s/ Taylor Jorgensen

ANDRE M. LAGOMARSINO
Nevada Bar No.6711
TAYLOR N. JORGENSEN
Nevada Bar No. 16259
3005 W. Horizon Ridge Pkwy., #241
Henderson, Nevada 89052
*Attorney for Plaintiff*

**IT IS SO ORDERED:**

UNITED STATES DISTRICT JUDGE or
UNITED STATES MAGISTRATE JUDGE

DATED: 9-17-26