**LAGOMARSINO LAW**
ANDRE M. LAGOMARSINO, ESQ. (#6711)
TAYLOR N. JORGENSEN, ESQ. (#16259)
3005 W. Horizon Ridge Pkwy, #241
Henderson, Nevada 89052
Telephone: (702) 383-2864
Facsimile: (702) 383-0065
aml@lagomarsinolaw.com
taylor@lagomarsinolaw.com
*Attorneys for Plaintiff*

LAGOMARSINO LAW
3005 W. Horizon Ridge Pkwy., #241, Henderson, Nevada 89052
Telephone (702) 383-2864 Facsimile (702) 383-0065

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| LAWANGEEN KHAN, individually,<br><br>Plaintiff,<br><br>vs.<br><br>DESERT-CJD, LLC, a domestic limited liability company;<br><br>Defendants. | CASE NO.: 2:26-cv-02073-MMD-MDC<br><br>**<u>STIPULATION AND ORDER TO EXTEND DISCOVERY DEADLINES</u>**<br><br>**(SECOND REQUEST)** |

IT IS HEREBY STIPULATED AND AGREED between the Parties, by and through their undersigned attorneys that the discovery cut-off date of February 3, 2026, be continued for a period of forty-five (45) days from the Court's prior order (ECF No. 22), for the purpose of allowing the parties to complete written discovery, complete the depositions of the parties, experts, and lay witnesses, and any other discovery the parties wish to conduct.

## I. DISCOVERY COMPLETED TO DATE

- Plaintiff served his initial disclosures on August 12, 2026.
- Plaintiff served his initial sets of written discovery (requests for production of documents, requests for admission, and interrogatories) to Defendant on August 12, 2026.
- Defendant served its initial disclosures on August 13, 2026.
- Defendant served its first supplemental disclosures on September 29, 2026.
- Plaintiff served a notice of taking the deposition of Scott Wright to Defendant on October 5, 2026.
- Defendant served its initial sets of written discovery (requests for production of documents, requests for admission, and interrogatories) to Plaintiff on October 5, 2026.

LAGOMARSINO LAW
3005 W. Horizon Ridge Pkwy., #241, Henderson, Nevada 89052
Telephone (702) 383-2864 Facsimile (702) 383-0065

- Plaintiff served an amended notice of taking the deposition of Scott Wright to Defendant on October 12, 2026. This deposition has been vacated and will be re-scheduled to sometime in November.

## II. DISCOVERY YET TO BE COMPLETED

The Parties have yet to complete the following discovery:

- respond to written discovery;
- disclose initial and rebuttal experts;
- subpoenas *duces tecum* to third-party percipient witnesses;
- take the depositions of all anticipated fact and expert witnesses, including the named parties (individual or 30(b)(6) designees);
- Any additional discovery the parties wish to conduct that is permitted by the Federal Rules of Civil Procedure.

## III. REASONS WHY REMAINING DISCOVERY HAS NOT BEEN COMPLETED

This is the second request for an extension of time. The parties have been and continue to be diligent in their discovery efforts in this document and fact-intensive case. However, due to Defendant's corporate structure, it has required additional time to complete its discovery responses. Defendant has been given a total of six additional weeks to provide complete responses, which are currently due on October 23, 2026. Plaintiff cannot fairly and fully determine whether pleading amendments are necessary absent those responses and the Parties have therefore agreed to an extension to allow for such a determination.

In light of these circumstances, the Parties believe a forty-five (45) day extension of discovery deadlines is necessary and reasonable to allow for the completion of the aforementioned discovery without prejudice to Plaintiff. The parties respectfully submit that the reasons set forth above constitute good cause for this extension. This request is made in good faith, and not for the purpose of delay.

. . .

. . .

LAGOMARSINO LAW
3005 W. Horizon Ridge Pkwy., #241, Henderson, Nevada 89052
Telephone (702) 383-2864 Facsimile (702) 383-0065

## IV. PROPOSED EXTENDED DEADLINES

| | Current | Proposed |
|---|---|---|
| Amend pleadings/add parties deadline | 11/05/26 | **Monday, December 21, 2026**[1] |
| Deadline for initial expert disclosures | 12/06/26 | **Wednesday, January 20, 2027** |
| Deadline for rebuttal expert disclosures | 01/05/27 | **Friday, February 19, 2027** |
| Discovery cut-off | 02/03/27 | **Monday, March 22, 2027**[2] |
| Deadline to file dispositive motions | 03/05/27 | **Monday, April 19, 2027** |
| Pre-trial order | 04/05/27 | **Thursday, May 20, 2027** |

**IT IS SO STIPULATED AND AGREED.**

DATED this 15th day of October, 2026.

**LAGOMARSINO LAW**

*/s/ Taylor Jorgensen, Esq.*
ANDRE M. LAGOMARSINO, ESQ. (#6711)
TAYLOR N. JORGENSEN, ESQ. (#16259)
3005 W. Horizon Ridge Pkwy., #241
Henderson, Nevada 89052
*Attorneys for Plaintiff*

DATED this 15th day of October, 2026.

**TYSON & MENDES LLP**

*/s/ Richard Verlander, Esq.*
GRIFFITH H. HAYES, ESQ. (#7374)
RICHARD VERLANDER, ESQ. (#12887)
2835 St. Rose Pkwy., Ste. 140
Henderson, Nevada 89052
*Attorneys for Defendant*

**IT IS SO ORDERED.**

**UNITED STATES MAGISTRATE JUDGE**

**DATED:** 10-19-26

[1] This deadline falls on December 20, 2026, which is a Sunday. As a result, this deadline extends to the next court day of Monday, December 21, 2026, by operation of FRCP 6.
[2] This deadline falls on March 20, 2027, which is a Saturday. As a result, this deadline extends to the next court day of Monday, March 22, 2026, by operation of FRCP 6.